# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>LOUIE BEARCHILD,<br><br>Defendant. | CR-12-54-GF-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 14, 2019. (Doc. 80.) The Defendant, Louie Bearchild (Bearchild) waived the 14 day objection period and the right to allocute before the undersigned at the revocation hearing held August 13, 2019. (Doc 77.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 13, 2019. (Doc. 77.) The United States accused Bearchild of violating his conditions of supervised release by consuming alcohol. (Doc. 80 at 2.)

These violations prove serious and warrant revocation of Bearchild's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 80) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Louie Bearchild be sentenced to custody for 3 months, with 27 months of supervised release to follow with the first 60 days of supervised release spent in an inpatient substance abuse treatment facility.

DATED this 21st day of August, 2018.

Brian Morris
United States District Court Judge