# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIE BEARCHILD,<br><br>Defendant. | CR-12-54-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 22, 2021. (Doc. 109.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on July 21, 2021. (Doc. 104.) The United States accused Bearchild of violating his conditions of supervised release 1) by failing to report for substance abuse testing; 2) by failing to notify his probation officer of a change in residence; and 3) by failing to report for substance abuse treatment. (Doc. 101.)

At the revocation hearing, Bearchild admitted to violating the conditions of his supervised 1) by failing to report for substance abuse testing; 2) by failing to notify his probation officer of a change in residence; and 3) by failing to report for substance abuse treatment. (Doc. 104.)  Judge Johnston found that the violation Bearchild admitted proved to be serious and warranted revocation, and recommended that Bearchild receive a custodial sentence of 12 months with no supervised release to follow.  (Doc. 109.)  Bearchild was advised of his right to appeal and his right to allocute before the undersigned.   (Doc.104.)  The violation prove serious and warrant revocation of Bearchild's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 109) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Louie Bearchild be sentenced to the custody of the United States Bureau of Prisons for 12 months, with no supervised release to follow.

DATED this 9th day of August, 2021.

_____
Brian Morris, Chief District Judge
United States District Court